In the Matter of the Claim of IRIS PETIT, Respondent, v. BUCKLEY SCHOOL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J.